IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SECURITIES AND EXCHANGE COMMISSION                          PLAINTIFF

VS.                              CIVIL ACTION NO. 5:08-cv-245(DCB)(JMR)

U.S. SUSTAINABLE ENERGY CORP.
AND JOHN H. RIVERA                                         DEFENDANTS

ALICE M. PRICE                                        RELIEF DEFENDANT

## ORDER

This cause is before the Court on the plaintiff Securities and Exchange Commission's Motion to Seal. Due to an inadvertent mistake, the plaintiff failed to redact the copies of items #43 and #46 filed in support of its motion for summary judgment. The plaintiff moves to have said items sealed, whereupon it will file the redacted copies. Accordingly,

IT IS HEREBY ORDERED that the plaintiff's Motion to Seal **(docket entry 62)** is GRANTED;

FURTHER ORDERED that the clerk of court shall seal items #43 and #46 filed in support of the plaintiff's motion for summary judgment (docket entry 61);

FURTHER ORDERED that the plaintiff shall file its redacted copies of items #43 and #46.

SO ORDERED, this the 4th day of October, 2010.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE