IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**SECURITIES AND EXCHANGE COMMISSION**              **PLAINTIFF**

**VS.**                              **Civil Action No. 5:08CV245 DCB-JMR U.S.**

**SUSTAINABLE ENERGY CORP., ET AL**                 **DEFENDANT**

ORDER GRANTING CONTINUANCE

This day this cause came on for hearing upon the motion of Mr. and Mrs. Rivera, for a continuance in the above styled and numbered cause and the grounds therefore being:

1. Mr.Rivera and Mrs. Rivera's attorney has a previously scheduled hearing in Rankin County Circuit Court in the cause styled *State of Mississippi vs. Katina Tsakrios*, Cause No. 22742. This case was set on February 1, 2011, for Pre-trial conference on Monday, August 8, 2011. Mr. and Mrs. Rivera's attorney believed that this case would be resolved by now but it has not.

2. Mr. Rivera' attorney is the attorney of record for the complainants in the Rankin County Court case styled *State of Mississippi vs. Anita Musgrove*, Cause No.20,456. The defendant plead guilty and the judge scheduled the sentencing hearing for Monday, August 8, 2011, which is to include a restitution hearing on that day.

3. The companion civil case to the Musgrove criminal case which Mr. Leland is attorney for the Plaintiffs has a Summary Judgment hearing scheduled for Monday, August 8, 2011, at 12:00.

4. This Motion is not for the purpose of delay.

The Court having heard and considered said motion is of the opinion that the same is well taken and should be sustained.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled and numbered causes be and hereby are continued from August 8, 2011, until August 9, 2011.

SO ORDERED AND ADJUDGED, this the 3rd day of August, 2011.

                                               s/David Bramlette
                                               DAVID BRAMLETTE, III, SENIOR JUDGE